# THE CITY OF CORAL GABLES v THE CITY OF CORAL GABLES TRIAL BOARD, et al.

### Case No. 89-145 AP

Eleventh Judicial Circuit, Dade County

February 5, 1990

## APPEARANCES OF COUNSEL

**Robert Soloff,** for petitioner.

**Joseph Buchanan,** for respondent.

Before MORENO, KAHN, CARDONNE, JJ.

## OPINION OF THE COURT

PER CURIAM.

The City of Coral Gables[1] filed a petition for *writ of certiorari* requesting this Court to quash the order of the Coral Gables Trial Board. The Trial Board concluded that the City of Coral Gables erred

---

[1] All parties agreed in open court, at the time of the oral argument, that Judge Moreno could sit on the appellate panel despite being a resident of Coral Gables and the employment of his sister-in-law as a Coral Gables Police Department Sergeant.

in its decision regarding employee, Richard Wagner. The Court remands the case to the Trial Board for a rehearing in which the correct standard of proof (preponderance of the evidence) will be utilized. The Trial Board incorrectly applied the standard of evidence "beyond a shadow of a doubt." Wherefore, the petition is granted, the Trial Board's order is quashed, and the case is remanded with directions to act in accordance with this Opinion.